IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CATRINA M. BURNETT
ADC # 706266                                                                PLAINTIFF

v.                                  No. 3:15-cv-10-DPM-JJV

CRITTENDEN COUNTY JAIL; JEFF, Lt., Crittenden
County Jail; HINES, Cpl., Crittenden County Jail;
DEXTER, Cpl., Crittenden County Jail; DOES,
Unknown Lieutenant, Nurse Mindy; MILLOW, Sgt.,
Crittenden County Jail; CLARK, Sgt., Crittenden
County Jail; BRADLEY; and TERRESA BONNER,
Chief Jailer, Crittenden County Jail                                         DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Burnett hasn't complied with the Court's Order, № 3, and hasn't kept a current address on file. LOCAL RULE 5.5(c). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2015