IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CATRINA M. BURNETT
ADC # 706266                                                              PLAINTIFF

v.                              No. 3:15-cv-10-DPM

CRITTENDEN COUNTY JAIL; JEFF, Lt., Crittenden
County Jail; HINES, Cpl., Crittenden County Jail;
DEXTER, Cpl., Crittenden County Jail; DOES,
Unknown Lieutenant, Nurse Mindy; MILLOW, Sgt.,
Crittenden County Jail; CLARK, Sgt., Crittenden
County Jail; BRADLEY; and TERRESA BONNER,
Chief Jailer, Crittenden County Jail                            DEFENDANTS

## JUDGMENT

Burnett's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2015