IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CATRINA M. BURNETT
Reg. #30958-047                                                                    PLAINTIFF

v.                              No. 3:15-cv-10-DPM

CRITTENDEN COUNTY JAIL;  JEFF, Lt.,
Crittenden County Jail;  HINES, Cpl.,
Crittenden County Jail;  DEXTER, Cpl.,
Crittenden County Jail;  DOES, Unknown
Lieutenant, Nurse Mindy;  MILLOW, Sgt.,
Crittenden County Jail;  CLARK, Sgt.,
Crittenden County Jail;  BRADLEY;  and
TERRESA BONNER, Chief Jailer,
Crittenden County Jail                                                        DEFENDANTS

### ORDER

For the reasons stated in the Court's 25 February 2025 Order, the motion to reopen case, *Doc. 13*, is denied.  The Court directs the Clerk to send her the form to file a new § 1983 complaint and a form motion for *in forma pauperis* status.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2025